IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Brownsville_ DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2003

Michael N. Milby
Clerk of Court

Jeffery Jones #03-20475
Plaintiff's name and ID Number

Travis County Correctional Complex
Place of Confinement

CASE NO. B-03-017
(Clerk will assign the number)

MISCELLANEOUS

v. Sheriff
Enrique Henry Escalon
East Hildalgo County Sheriffs Dept.
Edinburg TX. 78540
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Jeffery Jones_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment      Yes ☑  No ☐
    b. Rent payments, interest or dividends?             Yes ☐  No ☑
    c. Pensions, annuities or life insurance payments?   Yes ☐  No ☑
    d. Gifts or inheritances?                            Yes ☐  No ☑
    e. Family or friends?                                Yes ☑  No ☐
    f. Any other sources?                                Yes ☐  No ☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _Paykol Check $364.00   Family $100.00   Income Tax Refund $150.00_
   _family $100.00_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
         Yes ☑      No ☐

   If you answered YES, state the total value of the items owned. $ _700.00 Checking_
   _account. Prison Acct $40.00_

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐   No ☒

   If you answered YES, describe the property and state its approximate value.

   _____ N/A _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746)

Signed this the __Aug__ day of __19th__, 20__03__.

_____Jeffeny James #0320475_____
Signature of Plaintiff          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

( See Attached Statement )

Revised 6/97

## CERTIFICATE OF ATTESTATION

I, __Marsha Culbertson__, the __Accountant Associate__ for the __Travis Co. Sheriff's Office__, do hereby certify the truthfulness of the following information relating to __Jeffrey Jones__, Inmate No. __03-20475__

I do hereby certify that the inmate's highest monthly balances for the past six (6) months were as follows:

| $ | DATE |
|---|---|
| $56.46 | 8-11-03 |
| $100.41 | 7-11-03 |
| $0 | 6-11-03 |
| $0 | 5-14-03 |
| $ | |
| $ | |

I do further certify that the total amount of deposits to the inmate's trust account during the past six months was $ __145.53__, and that plaintiff's present balance is $ __56.46__.

In testimony thereof, I have hereunto set my name this the __12th__ day of __August 2003__

__Marsha Culbertson__
Print Name

__Marsha Culbertson__
Signature