United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 07 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JEFFREY JONES | * |
| | * |
| VS | *   Misc. No. B-03-017 |
| | * |
| ENRIQUE "HENRY" ESCALON, | * |
| SHERIFF OF HIDALGO COUNTY, TEXAS, | * |
| ET AL | * |

## ORDER ON APPLICATION TO
## PROCEED WITHOUT PAYMENT OF FEES

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, the Court is of the opinion that it should be GRANTED.

IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

DONE at Brownsville, Texas, this _____ day of October 2003.

Felix Recio
United States Magistrate Judge