OCT 23, 03

Clerk
United States District Court
Southern District Of Texas
600 E. Harrison #305
Brownsville, TX 78520

MISC B-03-17

United States District Court
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby
Clerk of Court

Re: Address Change

Dear Clerk,

I am writting to you in regaurds to New address and to inform you that address is subject to change again soon due to my Transit Status.

New location:

* Jeffery Jones #605762
  PO Box 100
  Huntsville, TX 77342-0100

Thank you for assisting in this matter.

Sincerely,

Jeffery Jones