AO 440 (Rev. 8/01) Summons in a Civil Action

**Lt. VASQUEZ** — RETURN OF SERVICE — MISC B-03-17

Service of the Summons and complaint was made by me⁽¹⁾ — DATE: 10-21-03

NAME OF SERVER (PRINT): Isaac Kalam    TITLE: Deputy U.S. Marshal

United States District Court
Southern District of Texas
FILED
NOV 0 4 2003
Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Lt. Vasquez is no longer employed at the East Hidalgo Detention Center in La Villa, TX.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 50 miles | 45.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-21-03           [signature]
              Date              Signature of Server

Address of Server: 1701 W. Bsd. Hwy 83 suite 835, McAllen TX

As per Warden Richard Rossey, Lt. Vasquez is not employed at the East Hidalgo Detention Center in La Villa, TX.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.