AO 440 (Rev. 8/01) Summons in a Civil Action

**SGT OROZCO** RETURN OF SERVICE **MISC B-03-17**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10-21-03 |
| NAME OF SERVER (PRINT) Isaac Karam | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Sgt. Orozco is no longer employed at the East Hidalgo Detention Center in La Villa, TX

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
NOV 4 2003
Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL 50 miles | SERVICES 45.00 | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-21-03 _____
Date         Signature of Server

1701 W. Bus Hwy 83 Suite 825 McAllen, TX
Address of Server

As per Warden Richard Rossey, Sgt. Orozco is no longer employed at the East Hidalgo Detention Center in La Villa, TX.

2003 NOV -4 AM 10:44

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.