AO 440 (Rev 8/01) Summons in a Civil Action

ENRIQUE ESCALON  RETURN OF SERVICE  MISC B-03-17

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/21/03 |
| NAME OF SERVER (PRINT) Isaac Karam | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lisa Quintanilla

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
NOV 0 4 2003
Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL 20 miles 7.20 | SERVICES 45.00 | TOTAL 52.20 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/21/03
Date              Signature of Server

1707 W. Bus. Hwy 83 suite 835, McAllen TX
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.