≈AO 440 (Rev 8/01) Summons in a Civil Action

MISC-B-03-17

**Asst Warden Bravo**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10-21-03 |
| NAME OF SERVER (PRINT) Isaac Karam | TITLE Deputy U.S. Marshal |

United States District Court
Southern District of Texas
FILED

NOV 04 2003

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **Richard Rossey - Warden**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 50 miles | 45.00 | $300 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/21/03
             Date                Signature of Server

Address of Server: 1701 W Bus Hwy 83 Suite 835, McAllen TX

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.