## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10-28-03 |
| NAME OF SERVER *(PRINT)* | TITLE: Deputy U.S. Marshal |

(10)

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 222 Peter Street, Edinburg, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas,
FILED

NOV 10 2003

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 miles | 45.00 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-28-03
             Date          Signature of Server

1701 W. Bus Hwy 83 suite 835, McAllen, TX 78501
Address of Server

pr

2003 NOV 10 PM 3:30

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.