**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: | § |
| | § |
| JEFFREY JONES | § |
| | § MISC |
| VS. | § ~~CIVIL~~ ACTION NO. B-03-017 |
| | § <u>JURY DEMANDED</u> |
| ENRIQUE "HENRY" ESCALON, | § |
| SHERIFF OF HIDALGO COUNTY, | § |
| TEXAS, ET AL | § |

<u>**DEFENDANT ENRIQUE ESCALON'S RULE 12b MOTION TO DISMISS,**</u>
<u>**MOTION TO TRANSFER VENUE AND, SUBJECT THERETO,**</u>
<u>**ORIGINAL ANSWER**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **ENRIQUE ESCALON, Hidalgo County Sheriff**, a defendant in the

above-entitled and numbered cause, and files this his Rule 12b motion to dismiss, motion

to transfer venue and, subject thereto, original answer and in support thereof would show

unto the Court the following:

<u>**RULE 12b MOTION TO DISMISS**</u>

1.      Pursuant to Rule 12b(6) of the Federal Rules of Civil Procedure, defendant would

show the Court that plaintiff's original complaint on file herein fails to state a claim

against this defendant upon which relief can be granted; therefore, defendant

hereby prays that plaintiff's original complaint be dismissed as to him.

<u>**MOTION TO TRANSFER VENUE**</u>

2.      Defendant would further show that, pursuant to Rule 12b(3), plaintiff has filed in an

improper venue in that this matter should have been brought, if at all, in the McAllen

Division of the Southern District of Texas rather than the Brownsville Division, in that

plaintiff's claims arise out of alleged activities by all defendants in Hidalgo County,

which is located in the McAllen Division of the Southern District.   Therefore,

plaintiff's original complaint should be dismissed.

In the alternative, defendant hereby moves pursuant to 28 U.S.C. 1404(a), that this matter be transferred from the Brownsville Division of the Southern District of Texas to the McAllen Division of the Southern District of Texas.

### ORIGINAL ANSWER OF ENRIQUE ESCALON SUBJECT TO RULE 12b MOTION TO DISMISS AND MOTION TO TRANSFER VENUE

NOW COMES **ENRIQUE ESCALON, Hidalgo County Sheriff**, and files this his original answer subject to Rule 12b motion to dismiss and motion to transfer venue, and for such answer would show the Court as follows:

1. As to Claim No. 1 of plaintiff's original complaint, defendant, after reasonable inquiry is without sufficient information to be able to admit or deny.

2. As to Claim No. 2 of plaintiff's original complaint, defendant denies the allegations made therein.

### AFFIRMATIVE DEFENSE

3. This defendant would show that he is entitled to sovereign immunity or, in the alternative, qualified immunity to the charges made by plaintiff.

**WHEREFORE,** defendant Enrique Escalon, Hidalgo County Sheriff, prays that:

a. All claims against this defendant be in all things dismissed with prejudice pursuant to F.R.C.P. Rule 12b(6);

b. In the alternative, this matter be in all things dismissed for improper venue;

c. In the alternative, the venue of this matter be transferred from the Brownsville Division of the Southern District of Texas to the McAllen Division of the Southern District of Texas; and

e. For such other and further relief to which he may show himself entitled.

2

Respectfully Submitted,

_Rex N. Leach w/ permission_

Rex N. Leach
U.S.D.C No. 8244
State Bar No. 12086300
**ATLAS & HALL, L.L.P.**
818 Pecan (78501)
P. O. Drawer 3725
McAllen, Texas 78502
(956) 682-5501
Telefax No. (956) 686-6109

_Dick M. Skaggs_
_USDC # 1226_
_State Bar # 13320100_

**ATTORNEY-IN-CHARGE FOR
DEFENDANT ENRIQUE ESCALON**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___10___ day of ___November___, 2003, a true and correct copy of the foregoing document has been mailed certified, return receipt requested, to all Counsel of record as follows:

Jeffrey Jones #03 20475
TRAVIS COUNTY CORRECTIONAL COMPLEX
3614 Bill Price Road
Del Valle, Texas 78617

**PLAINTIFF PRO SE**

Rex N. Leach

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JEFFREY JONES** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-03-017** |
| | § | **JURY DEMANDED** |
| **ENRIQUE "HENRY" ESCALON,** | § | |
| **SHERIFF OF HIDALGO COUNTY,** | § | |
| **TEXAS, ET AL** | § | |

### ORDER OF DISMISSAL PURSUANT TO RULE 12b(6)

CAME ON to be considered the motion to dismiss pursuant to Rule 12b(6), of the Federal Rules of Civil Procedure, of defendant, Enrique Escalon, Hidalgo County Sheriff, and the Court having considered the same, and after having examined the pleadings herein, finds that plaintiff has failed to state a claim against Enrique Escalon, Hidalgo County Sheriff, upon which relief can be granted, and the Court is of the opinion that said motion should be and the same is hereby **GRANTED;**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims and causes of action of plaintiff herein against defendant, Enrique Escalon, Hidalgo County Sheriff, are hereby **DISMISSED WITH PREJUDICE.**

**Dated:**_____

                                        _____
                                        **UNITED STATES DISTRICT JUDGE PRESIDING**

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

IN RE:                              §
                                    §
JEFFREY JONES                       §
                                    §
VS.                                 §          CIVIL ACTION NO. B-03-017
                                    §          <u>JURY DEMANDED</u>
ENRIQUE "HENRY" ESCALON,            §
SHERIFF OF HIDALGO COUNTY,          §
TEXAS, ET AL                        §

<u>**ORDER OF DISMISSAL PURSUANT TO RULE 12b(3)**</u>

CAME ON to be considered the motion to dismiss for improper venue pursuant to

Rule 12b(3) of the Federal Rules Civil Procedure of defendant, Enrique Escalon, Hidalgo

County Sheriff, and the Court having considered the same, and after having examined the

pleadings herein, is of the opinion that said motion should be **GRANTED;**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this cause is in

all things **DISMISSED** for improper venue.

Dated:_____

                        _____
                        **UNITED STATES DISTRICT JUDGE PRESIDING**

5

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JEFFREY JONES** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-03-017** |
| | § | **JURY DEMANDED** |
| **ENRIQUE "HENRY" ESCALON,** | § | |
| **SHERIFF OF HIDALGO COUNTY,** | § | |
| **TEXAS, ET AL** | § | |

**ORDER GRANTING MOTION TO TRANSFER VENUE
PURSUANT TO 28, U.S.C. 1404(a)**

CAME ON to be considered the motion to transfer venue, pursuant to 28 U.S.C. 1404(a), of defendant, Enrique Escalon, Hidalgo County Sheriff, and the Court having considered the same, and after having examined the pleadings herein, is of the opinion that said motion should be **GRANTED;**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this cause be and is hereby transferred from the Brownsville Division of the Southern District of Texas to the McAllen Division of the Southern District of Texas.

**Dated:**_____

_____
**UNITED STATES DISTRICT JUDGE PRESIDING**

6