NOV 11, 2003

(12)

Districts Clerks Office of:
Felix Recio, U.S. Magistrate Judge
United States Districts Court
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #305
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

NOV 10 2003

Michael N. Milby
Clerk of Court

MISC B-03-17

Re: Notice of Change of address

Dear District Clerk.

    Please be advised of new location.
This should be finale destination until further Notice.

    Thank you for assisting with this matter!

Sincerely
Jeffery Jones

C.C. file