# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 17 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JEFFREY JONES | * |
| | * |
| VS | *   MISC. NO. B-03-017 |
| | * |
| ENRIQUE "HENRY" ESCALON, | * |
| SHERIFF OF HIDALGO COUNTY, | * |
| TEXAS, ET AL | |

## ORDER OF TRANSFER

Proceeding pro se, Plaintiff has filed a Complaint under 42 U.S.C. § 1983 against Enrique "Henry" Escalon, Sheriff of Hidalgo County, Texas, et al. The Plaintiff is an inmate currently incarcerated in Texas Department of Criminal Justice Institution, Dalhart Unit, Dalhart, 11950 FM 998, Dalhart, Texas 79022. The events giving rise this action took place in Hidalgo County, Texas, located within the McAllen Division of the Southern District of Texas. 28 U.S.C. § 124(b)(7).

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby **ORDERED** that this case be transferred to the United States District Court for the Southern District of Texas, McAllen Division, pursuant to 28 U.S.C. §§ 1391(b) and 1404(a).

ORDERED on this 17th day of November 2003

Felix Recio
United States Magistrate Judge