NOV 11, 03

/14

District Clerks Office of;
Felix Recio. US Magistrate Judge
United State District Court
Southern District

United States District Court
Southern District of Texas
FILED

NOV 17 2003

Michael N. Milby
Clerk of Court

Re: Notice of Change of address

MISC
B-03-17

Dear Clerk,

  Sorry for the inconvience. Recent info of new address was incorrect. Please make correction on file of right address.

  Your assistance in this matter is greatly appreciated!

  Thank you.

  Jeffery Jones